UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*(ELECTRONICALLY FILED)*

| | | |
|---|---|---|
| KENTUCKY DERBY FESTIVAL, INC. | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | Civil Action No.: 3:19-CV-00259-JHM-RSE |
| | ) | |
| v. | ) | |
| | ) | HON. JOSEPH H. McKINLEY |
| ANDRE WILSON d/b/a | ) | |
| STYLE ICON | ) | MAG. JUDGE REGINA S. EDWARDS |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

## REPORT OF PARTIES' PLANNING MEETING

Plaintiff/Counterclaim Defendant, Kentucky Derby Festival, Inc. ("Plaintiff"), by counsel, and Defendant/Counterclaim Plaintiff, Andre Wilson d/b/a Style Icon, pursuant to Federal Rule of Civil Procedure 26(f), have conferred and agree as follows:

1. The following persons participated in a Rule 26(f) conference on June 14, 2019 by telephonic conference:

    Counsel for Plaintiff:  Dennis Murrell of Middleton Reutlinger.
    Defendant, *Pro Se*:    Andre Wilson

2. **Initial Disclosures**. The parties will complete by June 28, 2019, the initial disclosures required by Rule 26(a)(1).

3. **Discovery Plan**. The parties propose this discovery plan:

    (a) Topics for Discovery.  Discovery will be needed on these subjects:

    FOR PLAINTIFF

    (1) Defendant's relationship with Plaintiff.
    (2) Information and materials provided to Defendant by Plaintiff.
    (3) Defendant's work on the KDF jackets and fabric.
    (4) Defendant's filing and prosecution of a copyright application for the KDF jacket/fabric design.

(5) The elements of the KDF Jacket/fabric design to which Defendant claims are subject to copyright protection.
(6) The elements of the KDF jacket/fabric design to which Defendant claims were copied by Plaintiff.
(7) Defendant's alleged actual damages.
(8) Defendant's alleged lost licensing fees.
(9) Profits incurred by Plaintiff as a result of the alleged infringement.

FOR DEFENDANT

Defendant accepts the Plaintiff's proposed topics for discovery.

(b) <u>Fact Discovery</u>.  Fact discovery is to be completed in this case by <u>October 19, 2019</u>.

(c) <u>Interrogatories</u>. The parties agree to the applicable Federal Rules as to the number of and procedures associated with any interrogatories issued by the parties.

(d) <u>Requests for Admission</u>. The parties agree to the applicable Federal Rules as to the number of and procedures associated with any requests for admissions issued by the parties.

(e) <u>Depositions</u>. The parties agree to the applicable Federal Rules as to the procedures for, number of and length of any depositions taken by the parties

(f) The parties shall have an ongoing obligation to supplement discovery responses pursuant to Rule 26(e)(1).

4. **Expert Witnesses**. The parties agree that the party who has the initial burden of proof on the subject matter, the initial Federal Rule 26(a)(2) disclosure of expert testimony, including any associated expert witness report, is due on or before <u>November 19, 2019</u>. The supplemental disclosure to contradict or rebut evidence on the same matter identified by another party is due on or before <u>December 19, 2019</u>.  No other expert reports will be permitted without either the consent of all parties or leave of the Court.  Along with submissions of expert reports, the parties shall advise of the dates and times of their experts' availability for deposition. Any expert depositions shall be taken no later than <u>January 31, 2020.</u>

5. **Other Items**:

   (a) <u>Amendment of Pleadings and Joinder of Parties</u>. The parties shall have until <u>July 19, 2019</u> to amend pleadings or join parties.

   (b) <u>Dispositive Motions</u>. The parties shall file all dispositive motions by <u>February 20, 2020</u>.

   (c) <u>Settlement</u>.  The prospects of settlement are uncertain at this time.

(d) <u>Mediation</u>.  The parties intend to take some initial discovery and then will agree to conduct a mediation with the Magistrate Judge following that initial discovery.  The parties believe the case will be ready for mediation by September, 2019.

(e) <u>Trial</u>.  The parties believe they will be ready for trial in this matter starting in or after <u>May, 2020</u>.  The length of trial will be <u>three to five (3-5) full trial days</u>.

(f) <u>Witness Lists, Exhibit Lists, Designation of Witnesses</u>.  The parties agree to submit Rule 26(a)(3) witness lists, exhibits lists, and designation of witnesses whose testimony will be presented by deposition three weeks prior to the final pretrial conference scheduled in this matter.  Any objections to those designations under Rule 26(a)(3) shall be filed one week prior to the final pretrial conference scheduled in this matter.

AS SEEN AND AGREED TO BY:

*/s/ Elisabeth S. Gray*
Dennis D. Murrell
Elisabeth S. Gray
Brian P. McGraw
MIDDLETON REUTLINGER
401 S. 4th Street, Suite 2600
Louisville, Kentucky 40202
dmurrell@middletonlaw.com
egray@middletonlaw.com
bmcgraw@middletonlaw.com
(502) 584-1135
COUNSEL FOR PLAINTIFF/ COUNTERCLAIM DEFENDANT
KENTUCKY DERBY FESTIVAL, INC.


*/s/ Andre Wilson (w/permission)*
Andre Wilson
*Pro Se*
(502) 432-8254
andre@styleicongroup.com
DEFENDANT/COUNTERCLAIM PLAINTIFF

## **CERTIFICATE OF COUNSEL**

I hereby certify that on the 21st of June, 2019, a true and accurate copy of the foregoing *Joint Report of the Parties' Planning Meeting* was filed with the Clerk of the Court via the CM/ECF system which will serve notification to parties of record, and was emailed to Pro Se and Counsel.

                                                 */s/ Elisabeth S. Gray*
                                                 COUNSEL FOR PLAINTIFF